IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50548
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERTO PEREZ-BASTAR,
ALSO KNOWN AS HECTOR AGOSTO SANTIZO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-98-CR-32-ALL
- - - - - - - - - -

January 29, 1999

Before KING, Chief Judge, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Roberto Perez-Bastar ("Perez-Bastar") appeals his
convictions for unlawful presence in the United States following
deportation, 8 U.S.C. § 1326.  He contends that the district
court abused its discretion in finding that the information
supplied by the Government concerning expert fingerprint opinion
testimony satisfied the court's standing discovery order.  He
further contends that this court should vacate his conviction
because the court's error prejudiced his substantial rights.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Having reviewed the record and the briefs of the parties, we need not determine whether the district court abused its discretion since Perez-Bastar has failed to show any prejudice to his substantial rights.  The judgment of the district court is AFFIRMED.